IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARL WINFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>MATHEW FAIRBROTHER et al.,<br><br>    Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:19-CV-281-TC<br><br>District Judge Tena Campbell |

  Reviewing this prisoner civil-rights complaint under 28 U.S.C.S. § 1915A (2019), in an Order dated November 13, 2019, the Court deemed it deficient. (Doc. No. 28.) The Court gave directions for curing deficiencies, sent Plaintiff a "Pro Se Litigant Guide" (with a civil-rights complaint form), and ordered deficiencies be cured within thirty days. Three months have passed, yet Plaintiff has not responded to that Order.

  **IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and prosecute this case, *see* DUCivR 41-2. This action is **CLOSED.**

  DATED this 14th day of February, 2020.

            BY THE COURT:

            _____
            JUDGE TENA CAMPBELL
            United States District Court